**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRION PROPERTIES, INC., and ANTHONY MERWEATHER,<br><br>Defendants. | Case No.: 1:26-cv-03084 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Local Rule 41.1, Plaintiff James River Insurance Company, by and through undersigned counsel, hereby gives notice of its voluntary dismissal of the above-captioned action without prejudice. Defendants have not answered or moved for summary judgment in this action.

Dated: September 29, 2026

Respectfully submitted,

*/s/ Parker J. Lavin*
Parker J. Lavin (Georgia Bar No. 834623)
Daniel J. Strowe (Georgia Bar No. 557180)
LAVIN RINDNER DUFFIELD LLC
3811 Frederica Road, Ste. 201
St. Simons Island, GA 31522
plavin@lrd.law
dstrowe@lrd.law
(912) 266-8301

*Counsel for James River Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRION PROPERTIES, INC., and ANTHONY MERWEATHER,<br><br>Defendants. | Case No.: 1:26-cv-03084 |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served or caused to be served a copy of the within and foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** in this matter by electronically filing the same with the Court via the CM/ECF system to the following counsel of record:

Michael C. Kendall, II
Kendall Legal, LLC
3152 Golf Ridge Blvd., Suite 201
Douglasville, Georgia 30135
michael@kendall-legal.com

James Seifter, Esq.
PENN LAW, LLC
4200 Northside Parkway NW
Building One, Suite 100
Atlanta, Georgia 30327
jim@pennlawgroup.com

This 29th day of September, 2026.

*/s/ Parker J. Lavin*
Parker J. Lavin